1  COLT / SINGER / BEA LLP
     Benjamin L. Singer (Bar. No. 264295)
2    bsinger@coltsinger.com
     Douglas W. Colt (Bar No. 210915)
3    dcolt@coltsinger.com
   235 Montgomery Street, Suite 907
4  San Francisco, CA  94104
   Telephone:   (415) 500-6080
5  Facsimile:   (415) 500-6080

6  Attorneys for Plaintiff

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  REASON BRADLEY, an individual,          CASE NO.  13-CV-03941-JSC

12              Plaintiff,                  **REQUEST FOR TELEPHONIC
                                            APPEARANCE AT CASE
13              v.                          MANAGEMENT CONFERENCE;
                                            [PROPOSED] ORDER**
14
    APPLIED MARINE SYSTEMS, INC.,           Date:        January 23, 2014
15  a Nevada limited liability company,     Time:        1:30 p.m.
                                            Courtroom:  F – 15th Floor
16              Defendant.                  Magistrate Judge Jacqueline Scott
                                            Corley
17

18

19        Pursuant to Civil Local Rule 16-10(a) of the United States District Court for the Northern

20  District of California, counsel for Plaintiff REASON BRADLEY respectfully requests to

21  participate in the Case Management Conference, set for January 23, 2014 at 1:30p.m., by telephone.

22  Plaintiff's counsel can be reached directly at (415) 500-6077.

23

24  Date:  January 22, 2014              COLT / SINGER / BEA LLP

25

26                                    By:    /s/ Benjamin L. Singer

27                                           Benjamin L. Singer

28                                           Attorneys for Plaintiff

1   IT IS SO ORDERED:

2

3

4   Dated:   January 23, 2014                              *Jacqueline S. Corley*

5                                    JACQUELINE SCOTT CORLEY
                                     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

colt/singer/bea LLP

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE NO.  13-CV-03941-JSC