IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASON BRADLEY,<br><br>     Plaintiff,<br><br>     v.<br><br>APPLIED MARINE SYSTEMS LLC,<br><br>     Defendant. | Case No.: 13-cv-3941 JSC<br><br>**PRETRIAL ORDER NO. 1** |

Following the Case Management Conference held on January 23, 2014, IT IS HEREBY ORDERED THAT:

I.  **CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| Disclosure of Plaintiff's asserted claims and infringement contentions | February 21, 2014 |
| Deadline for initial disclosures | February 21, 2014 |
| Deadline for amended pleadings | March 31, 2014 |
| Disclosure of Defendant's invalidity contentions | April 11, 2014 |
| Deadline to complete ADR | April 23, 2014 |
| Exchange of claim terms for construction | April 25, 2014 |

| | |
|---|---|
| Exchange of preliminary claim constructions | May 16, 2014 |
| Joint claim construction chart and prehearing statement | July 18, 2014 |
| Close of claim construction discovery | August 22, 2014 |
| Plaintiff's claim construction brief due | September 12, 2014 |
| Defendant's claim construction opposition due | September 26, 2014 |
| Plaintiff's claim construction reply brief due | October 3, 2014 |
| Claim construction hearing | October 30, 2014, at 2:00 pm |

The parties shall appear for a further Case Management Conference on December 18, 2014, at 1:30 p.m., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate Ave., San Francisco, California. Counsel may contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone. The Court will set dates for the remainder of the case at that time.

**IT IS SO ORDERED.**

Dated: January 24, 2014

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE