United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REASON BRADLEY,

        Plaintiff,

    v.

APPLIED MARINE SYSTEMS LLC,

        Defendant.

Case No.   13-cv-03941-JSC

**AMENDED CASE MANAGEMENT SCHEDULING ORDER**

Following the Case Management Conference held on May 29, 2014, IT IS HEREBY ORDERED THAT the case management schedule is amended as follows:

**I.    CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| Deadline to produce discovery in preparation for mediation: | June 13, 2014 |
| Deadline to complete mediation: | July 18, 2014 |
| Plaintiff's Claim Construction Brief Due: | November 12, 2014 |
| Defendant's Claim Construction Opposition Brief Due: | November 26, 2014 |
| Plaintiff's Claim Construction Reply Due: | December 3, 2014 |
| Claim Construction Hearing: | January 8, 2015 |

The parties shall appear for a further Case Management Conference on August 14, 2014, at 1:30 p.m., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate Ave., San Francisco, California.

**IT IS SO ORDERED.**

Dated:  May 30, 2014

_____

JACQUELINE SCOTT CORLEY
United States Magistrate Judge