UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASON BRADLEY,<br><br>           Plaintiff,<br>    v.<br><br>APPLIED MARINE SYSTEMS LLC,<br><br>           Defendant. | Case No.  13-cv-03941-JSC<br><br>**ORDER RE: DISCOVERY AND CLAIM CONSTRUCTION SCHEDULE** |

This matter came before the Court for a Case Management Conference ("CMC") on August 28, 2014. As discussed in detail at the CMC, the Court set the following deadlines with respect to discovery and claim construction.

**1. Discovery**

*Plaintiff's First Set of Interrogatories*: Defendant shall provide responses to interrogatory nos. 1, 2, 3, 7, and 9 (but only with respect to customers) by September 16, 2014.

*Plaintiff's Requests for the Production of Documents*: The parties shall meet and confer on August 29, 2014 regarding the documents sought in these document requests. To the extent that the parties are able to agree to the production of certain documents in response to Plaintiff's requests, these documents, and in particular documents which relate to communications with customers regarding how Defendant's product is used, shall be produced by September 18, 2014. Documents related to damages need not be produced; however, Defendant shall not otherwise object to production of a reasonable request on the ground that it is premature.

The parties shall appear for a further CMC on September 25, 2014 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave. San Francisco, California. The parties shall file a supplemental Joint Case Management Conference Statement which sets forth the parties

respective positions regarding discovery and any other matters that require the Court's attention by September 22, 2014. The Court will discuss a briefing schedule for Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 61) at the CMC.

### 2. Claim Construction

With respect to the "yaw adjustment" issue, Plaintiff will identify the term to be construed by September 2, 2014. The parties' mutual exchange of their respective constructions for this term will occur on September 9, 2014. The Joint Claim Construction Chart and Prehearing Chart shall be filed by October 3, 2014. All other claim construction dates remain the same.

**IT IS SO ORDERED.**

Dated: August 28, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge