UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REASON BRADLEY,

    Plaintiff,

v.

APPLIED MARINE SYSTEMS LLC,

    Defendant.

Case No. 13-cv-03941-JSC

**AMENDED CASE MANAGEMENT SCHEDULING ORDER**

Following the Further Case Management Conference held on September 25, 2014, IT IS HEREBY ORDERED THAT the case management schedule is amended as follows:

**I. CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| Deadline for Defendant to Supplement Interrogatory No. 1: | October 2, 2014 |
| Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment Due: | November 12, 2014 |
| Plaintiff's Claim Construction Brief Due: | November 12, 2014 |
| Defendant's Claim Construction Opposition Brief Due: | November 26, 2014 |
| Plaintiff's Claim Construction Reply Due: | December 3, 2014 |
| Plaintiff's Reply to Plaintiff's Motion for Partial Summary Judgment Due: | December 10, 2014 |
| Claim Construction Hearing and Hearing on Plaintiff's Motion for Partial Summary Judgment: | January 8, 2015 |

**IT IS SO ORDERED**.

Dated: September 25, 2014

                                                 *Jacqueline S. Corley*
                                               JACQUELINE SCOTT CORLEY
                                               United States Magistrate Judge