UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REASON BRADLEY,

    Plaintiff,

    v.

APPLIED MARINE SYSTEMS LLC,

    Defendant.

Case No. 13-cv-03941-JSC

**AMENDED CASE MANAGEMENT SCHEDULING ORDER**

Following the Further Case Management Conference held on May 28, 2015, IT IS HEREBY ORDERED THAT the Case Management Schedule is modified as follows:

| | |
|---|---|
| Deadline to Meet & Confer re: Experts: | June 10, 2015 |
| Deadline to Identify Experts: | June 15, 2015 |
| Deadline for Expert Reports: | June 30, 2015 |
| Deadline for Rebuttal Expert Reports: | July 10, 2015 |
| Expert Discovery Cutoff: | July 17, 2015 |
| Deadline for Filing Dispositive Motions: | July 24, 2015 |
| Deadline for Hearing Dispositive Motions: | August 27, 2015 |
| Final Pretrial Conference: | September 24, 2015 |
| Trial: | October 5, 2015 |

Further, with respect to outstanding discovery, Defendant shall respond to Interrogatory Nos. 4-6 and 8 by June 2, 2015. Defendant shall also supplement its document production and provide documents responsive to Document Request Nos. 4-5, 7, and 23-27 by June 4, 2015. Plaintiff confirmed that it mailed a CD with its document production to Defendant on May 28. As for the depositions, the parties tentatively scheduled Mr. Bradley's deposition for June 22 and Mr.

Finnegan's deposition for June 9.  The third-party deposition of John Tamplin and Seafloor Systems shall also take place in June, 2015.

**IT IS SO ORDERED.**

Dated: May 29, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge