UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASON BRADLEY,<br><br>    Plaintiff,<br><br>v.<br><br>APPLIED MARINE SYSTEMS LLC,<br><br>    Defendant. | Case No. 13-cv-03941-JSC<br><br>**ORDER REQUESTING STATUS UPDATE** |

On July 21, 2015, the Court granted the parties' request to stay the case for 60 days given ongoing settlement negotiations. (Dkt. No. 99.) As that stay has now lapsed, the parties shall provide a joint status update regarding this matter by September 30, 2015.

**IT IS SO ORDERED.**

Dated: September 23, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge