UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REASON BRADLEY,<br><br>      Plaintiff,<br><br>    v.<br><br>APPLIED MARINE SYSTEMS LLC,<br><br>      Defendant. | Case No. 13-cv-03941-JSC<br><br>**ORDER VACATING TRIAL DATE AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 102 |
|---|---|

Upon review of the parties' Joint Status Update (Dkt. No. 102), the pretrial and trial date are vacated. The parties are directed to appear for a further case management conference on **November 5, 2015 at 1:30 p.m**. The parties shall file an updated status report one week before the conference.

**IT IS SO ORDERED.**

Dated: October 1, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge