UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REASON BRADLEY,

    Plaintiff,

v.

APPLIED MARINE SYSTEMS LLC,

    Defendant.

Case No. 13-cv-03941-JSC

**ORDER RE: BANKRUPTCY STAY**

At the Case Management Conference on November 5, 2015, the parties' advised the Court that the Defendant filed a bankruptcy petition on October 29, 2015. In light of the bankruptcy proceedings, this action is automatically stayed pursuant to 11 U.S.C. § 362(a)(1). The Clerk is directed to administratively close the case.

**IT IS SO ORDERED.**

Dated: November 5, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge